Mr. Tho Trong Le
_____
(Name)

P.O. Box 5104
_____
(Address)

Delano, California. 93216
_____
(City, State, Zip)

T-97619
_____
(CDC Inmate No.)



2254    1983
FILING FEE PAID
Yes        No
IFP MOTION FILED
Yes        No
COPIES SENT TO
Court        ProSe



FILED

AUG - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# United States District Court
## Southern District of California

THO TRONG LE
_____,
(Enter full name of plaintiff in this action.)

                                        Plaintiff,

v.

M. RESLER (CORRECTIONAL OFFICER)
K. GRADY CORRECTIONAL SERGEANT)
_____,
_____,
(Enter full name of each defendant in this action.)

                                        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 1417 BEN NLS

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

**A. Jurisdiction**    IMPERIAL COUNTY

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
THIS COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3)

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, _____THO TRONG_____
_____LE_____, who presently resides at _KERN VALLEY STATE PRISON_
(print Plaintiff's name)
_P.O. BOX 5104, DELANO, CALIFORNIA. 93216_____, were violated by the actions
(mailing address or place of confinement)
of the below named individuals. The actions were directed against Plaintiff at _Calipatria_
_State Prison_____ on (dates) _Dec 3, 2005_, _____, and _____.
(institution/place where violation occurred)         (Count 1)    (Count 2)    (Count 3)



§ 1983 SD Form
(Rev. 2/05)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant  M.RESLER _____ resides in  IMPERIAL COUNTY/CALIPATRIA CA.,
           (name)                                (County of residence)
and is employed as a  CORRECTIONAL OFFICER _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law:  PLAINTIFF WAS BEATEN BY THIS OFFICER. THIS DEFENDANT IS A SWORN

OFFICER OF THE LAW AND IS THE SUBORDINATE OF SERGEANT K.GRADY. HE MUST OBEY AND

RESPECT THE LAW AT ALL TIMES AND MUST NEVER RESORT TO PHYSICAL BRUTALITY.

Defendant  K.GRADY _____ resides in  IMPERIAL COUNTY/CALIPATRIA CA.,
           (name)                              (County of residence)
and is employed as a  CORRECTIONAL SERGEANT _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: PLAINTIFF WAS CHOKED AND SLAMMED HEAD FIRST INTO A GLASS WINDOW

BY THIS SERGEANT. THIS DEFENDANT IS RESPONSIBLE FOR ENSURING THE SAFE KEEPINGS

OF HIS ASSIGNED FACILITIES AND MUST ALSO ACT IN CONJUCTION WITH THE LAW.

Defendant  N/A _____ resides in  n/a _____,
           (name)                          (County of residence)
and is employed as a  n/a _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____ n/a _____

_____

Defendant  n/a _____ resides in  n/a _____,
           (name)                          (County of residence)
and is employed as a  n/a _____ . This defendant is sued in
                     (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____ n/a _____

_____

_____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: PLAINTIFF'S EIGHTH AMENDMENT WAS VIO-
LATED WHEN HE BECAME PHYSICALLY BEATEN BY CORRECTIONAL OFFICER M.RESLER AT CALIPATRIA.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON DECEMBER 3,2005, AT 2;30 PM WHILE RETAINED INSIDE OF THE MEDICAL HOLDING CELL OF FACILITY "C" CLINIC, WAITING TO BE ESCORTED BACK TO HIS ASSIGNED HOUSING UNIT, COR- RECTIONAL OFFICER M.RESLER SUDDENLY BEGAN ASSAULTING PLAINTIFF FROM BEHIND, CAUSING HIS BODY AND FACE TO SLAM AGAINST THE GLASS PART OF THE DOOR. AS PLAINTIFF TURNED AROUND, M.RESLER THEN REPEATEDLY STRUCK PLAINTIFF IN THE FACE AND RIBS WITH CLINCHED FIST. AS A RESULT OF THIS UNPROVOKED BRUTAL ATTACK, PLAINTIFF'S NOSE AND LIPS WERE BUSTED AND HIS LEFT EYE INCURRED PERMANENT DAMAGES. (SEE EXHIBIT 1- MEDICAL REPORT). CORRECTIONAL OFFICER M.RESLER IS A SWORN OFFICIAL OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND IS SUPPOSE TO ACT IN A RESPONSIBLE MANNER AT ALL TIMES. CORRECTIONAL OFFICER M.RESLER BROKE THE LAW WHEN HE ACTED OUTSIDE HIS JOB DUTIES AND PHYSICALLY BEAT THE PLAINTIFF. AT ALL TIMES PLAINTIFF WAS SECURED IN MECHANICAL RESTRAINTS AND WAS IN A DEFENSELESS POSITION DURING THE COURSE OF THIS ENTIRE BRUTAL BEATING. CORRECTIONAL OFFICER M.RESLER AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF A CORRECTIONAL OFFICER FOR THE CALIFORNIA DEPARTMENT OF CORRECTIONS AT CALIPATRIA, AS "C" GYM GUN C/O AND AT ALL TIMES MENTIONED IN THIS COMPLAINT, ACTED UNDER THE COLOR OF STATE LAW, AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY. CORRECTIONAL OFFICER M.RESLER IS RESPONSIBLE FOR HIS OWN ACTIONS AND MUST KNOW THAT HE SHALL NOT PHYSICALLY ASSAULT AN INMATE BECAUSE OF HIS DISLIKE FOR HIM. TO DO SO, IS A VIOLATION OF A PERSON'S EIGHTH AMENDMENT, WHICH CORRECTIONAL OFFICER M.RESLER BECAME GUILTY OF VIOLATING WHEN HE STRUCK PLAINTIFF IN THE FACE, NOSE, EYE, LIPS, RIBS, AND SLAMMED HIS FACE INTO THE GLASS PART OF THE DOOR.

Count 2:  The following civil right has been violated:  PLAINTIFF'S EIGHTH AMENDMENT WAS VIO-

(E.g., right to medical care, access to courts,

LATED WHEN HE BECAME PHYSICALLY BEATEN BY CORRECTIONAL SERGEANT K.GRADY AT CALIPATRIA.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

ON DECEMBER 3,2005,AT 2:34 PM WHILE HELD INSIDE OF THE MEDICAL HOLDING CELL OF

FACILITY "C" CLINIC, AFTER BEING PHYSICALLY BEATEN BY CORRECTIONAL OFFICER M.RESLER,

CORRECTIONAL SERGEANT K.GRADY JOINED IN ON THE ASSAULT THAT WAS BEING ADMINISTERED

UPON THE PLAINTIFF BY CORRECTIONAL OFFICER M.RESLER. SERGEANT K.GRADY GRABBED PLAINTIFF

AROUND THE NECK AND BEGAN TO VICIOUSLY CHOKE HIM. AS PLAINTIFF BEGAN TO LOSE CONSCIOUS,

SERGEANT K.GRADY FEROCIOUSLY SLAMMED PLAINTIFF'S HEAD INTO THE WALL OF THE HOLDING

CELL. PLAINTIFF LOST CONSCIOUSNESS AND DID NOT REGAIN CONSCIOUS UNTIL HE WAS BEING

TRANSPORTED BY AMBULANCE ENROUTE TO CENTRAL INFIRMARY OF THE PRISON, WHERE HE WOULD

BE HELD AND TREATED FOR THE WOUNDS INFLICTED UPON HIM AT THE HANDS OF CORRECTIONAL

OFFICER M.RESLER AND SERGEANT K.GRADY. (SEE EXHIBIT 1- MEDICAL REPORT).

SERGEANT K.GRADY IS A SWORN OFFICIAL OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND

AT ALL TIMES MENTIONED IN THIS COMPLAINT, ACTED UNDER THE COLOR OF STATE LAW, AND IS

BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR HIS ACTIONS.

CORRECTIONAL SERGEANT K.GRADY IS THE PROGRAM SERGEANT FOR "C" FACILITY AND IS RESPONSI-

BLE FOR ENSURING THE SAFE KEEPINGS OF HIS ASSIGNED FACILITY. HE IS THE SUPERVISOR OF

THE CORRECTIONAL OFFICER'S ON HIS WATCH AND MUST ENSURE THAT EACH OFFICER ABIDES BY THE

LAW. HE MUST NOT CONDONE THE ASSAULTS AND BEATINGS OF PRISONER'S AT THE HANDS OF INMATES

AND CORRECTIONAL OFFICERS ALIKE. HE MUST NOT VIOLATE A PRISONERS RIGHT TO BE PROTECTED

FROM BEING PHYSICALLY ASSAULTED AND MUST NOT ASSAULT AND OR BEAT A PRISONER HIMSELF.

SERGEANT K.GRADY VIOLATED THE PLAINTIFF'S EIGHTH AMENDMENT WHEN HE CHOKED PLAINTIFF AND

SLAMMED PLAINTIFF'S HEAD INTO THE WALL, CAUSING PLAINTIFF TO LOSE CONSCIOUS.

AS A RESULT OF SERGEANT K.GRADY'S ACTIONS, PLAINTIFF INCURRED A HEMATOMA TO THE BACK

OF HIS HEAD AND BRUISING AND SWELLING TO HIS FACE.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? □ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

(b) Name of the court and docket number: N/A _____

_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] __ N/A _____

_____

(d) Issues raised: _____ N/A _____

_____

_____

_____

(e) Approximate date case was filed: _____ N/A _____.

(f) Approximate date of disposition: __ N/A _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes □ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

ON DECEMBER 13,2005 PLAINTIFF MOVED FORWARD AND FILED A TIMELY 602 APPEAL TO THE APPEALS OFFICE OF THE PRISON, UTILIZING THE INSTITUTIONAL MAIL SYSTEM. PLAINTIFF SOUGHT TO OBTAIN AN APPEAL LOG NUMBER WHEN NO APPEAL LOG NUMBER WAS ASSIGNED TO HIS COMPLAINT. PLAINTIFF WAS TOLD THAT THERE WAS NO RECORD OF HIS APPEAL BEING FILED. (SEE EXHIBIT A-E). PLAINTIFF SOUGHT TO FILE AN ADDITIONAL FOUR MORE APPEALS REGARDING THIS BRUTAL ASSAULT BY THESE CORRECTIONAL OFFICERS BUT THESE EFFORTS WOULD BE IMPEDED AND BLOCKED EACH TIME, CITING THAT PLAINTIFF TIME CONSTRAINTS WERE NOT MET. IT IS NOT PLAINTIFFS FAULT THAT HIS INITIAL APPEAL WAS NOT PROCESSED. PLAINTIFF ALSO MADE A VIDIO STATEMENT ABOUT HIS BEING ASSAULTED AND IT WAS PLACED INTO EVIDENCE. THIS DATE WAS CONDUCTED ON DECEMBER 3,2005. THE APPEAL WAS SCREENED OUT.EVEN THOUGH PLAINTIFF FILED ON TIME.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): CORRECTIONAL OFFICER M.RESLER
AND CORRECTIONAL SERGEANT K.GRADY FROM ANY FUTURE RETALIATION RATHER DIRECTLY
OR INDIRECTLY. FROM WORKING IN CDC AND ASSAULTING OTHER INMATES. NO HARM
SHALL BE BROUGHT AGAINST PLAINTIFF AS A RESULT OF THIS SUIT AND NO ADVERSE DECISIONS.

2. Damages in the sum of $ 500,000.00 .

3. Punitive damages in the sum of $ 250,000.00 .

4. Other: MENTAL/EMOTIONAL INJURY IN THE SUM OF $250,000.00

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

X , JULY 29,2008
Date

X
Signature of Plaintiff

# EXHIBIT

## MEDICAL REPORT

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | ON THE JOB INJURY | DATE |
|---|---|---|---|---|
| Cal | IV6 | USE OF FORCE   INJURY  (UNUSUAL OCCURRENCE)   PRE AD/SEG ADMISSION | | 12/3/05 |

| THIS SECTION FOR INMATE ONLY | NAME   LAST | FIRST | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| | LOP | | T-97019 | C5-211C | |

| THIS SECTION FOR STAFF ONLY | NAME   LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|
| | | | | | |

| THIS SECTION FOR VISITOR ONLY | NAME   LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| Fmt AC-228 | 12/3/05  1145 | |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL (circle) | AGE | RACE | SEX |
|---|---|---|---|---|---|---|
| 1145 | 1146 | CO | (AMBULATORY)  LITTER  WHEELCHAIR  ON SITE | 1 | O | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

No Comment

| INJURIES FOUND? (YES /NO) | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| 1515 Bulthins | |

TIME/DISPOSITION
1515 - To Central

| REPORT COMPLETED BY/TITLE   (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|
| Rodriguez  RN | 06833 | W-TH |

Medical data is to be included in progress note or emergency care record filed in UHR

CDC 7219 (Rev. 11/02)    DISTRIBUTION:    ORIGINAL - UHR    CANARY - CUSTODY    PINK - HEALTH AND SAFETY/RTW COORDINATOR

24

STATE OF CALIFORNIA                                   DEPARTMENT OF CORRECTIONS

# EMERGENCY CARE FLOW SHEET

| | |
|---|---|
| DATE: 12-3-05 | |
| TIME IN 15:22 | TIME OUT 17:50 |

| PATIENT NAME (LAST, FIRST) L E | CDC NUMBER T 97619 | HOUSING C 5 216 | DOB 3-14-81 |
|---|---|---|---|

| TIME OF INCIDENT 1500 | LOCATION OF INCIDENT C M T A clinic | MODE OF ARRIVAL code 2 |
|---|---|---|

| STAFF NAME (LAST, FIRST) | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|

| CHIEF COMPLAINT: | | TB CODE | DATE OF LAST TETANUS |
|---|---|---|---|

## MECHANISM OF INJURY
- [ ] STABBING
- [✓] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [ ] OTHER_____

## SKIN COLOR
- [✓] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

## SKIN TEMP
- [ ] HOT
- [✓] WARM
- [ ] COOL
- [ ] COLD

## SKIN MOISTURE
- [✓] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

## CAPILLARY REFILL
- [✓] 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

## GLASCOW COMA SCALE

| EYE OPENING RESPONSE | SPONTANEOUS | (4) 4 4 4 4 |
|---|---|---|
| | TO VOICE | 3 3 3 3 |
| | TO PAIN | 2 2 2 2 |
| | NONE | 1 1 1 1 |
| BEST VERBAL RESPONSE | ORIENTED | (5) 5 5 5 |
| | CONFUSED | 4 4 4 4 |
| | INAPPROPRIATE WORDS | 3 3 3 3 |
| | INCOMPREHENSIBLE SOUNDS | 2 2 2 2 |
| | NONE | 1 1 1 1 |
| BEST MOTOR RESPONSE | OBEYS COMMAND | (6) 6 6 6 |
| | LOCALIZES PN. | 5 5 5 5 |
| | WITHDRAWS PN. | 4 4 4 4 |
| | FEXION PN. | 3 3 3 3 |
| | EXTENSION PN. | 2 2 2 2 |
| | NONE | 1 1 1 1 |

## LUNG SOUNDS
| RT | | LT |
|---|---|---|
| [✓] CLEAR | | [ ] |
| [ ] WHEEZES | | [ ] |
| [ ] RALES | | [ ] |
| [ ] RHONCHI | | [ ] |
| [ ] DIMINISHED | | [ ] |
| [ ] ABSENT | | [ ] |

## RESP CHARACTER
- [ ] LABORED
- [✓] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

## EVIDENCE OF TRAUMA
face
- [ ] CHEST
- [✓] HEAD
- [ ] ABDOMEN
- [ ] NECK
- [ ] G/U
- [✓] EXTREMITIES
- [ ] PELVIS
- [ ] OTHER_____
- [ ] BACK SPINE

| TIME | | |
|---|---|---|
| PUPIL RESPONSE | B B | |
| PUPIL SIZE | S S | |

KEY C=CLOSED   B=BRISK   SL=SLUGGISH   F=FIXED

3    4    5    6    7    8

### VITALS

| TIME | TEMP | PULSE | RESP | BP | SaO₂ | CURRENT MEDICATION |
|---|---|---|---|---|---|---|
| | 97.8 | 130 | 22 | 150/89 | 99% RA | N/A |
| 1635 | | 114 | 18 | 146/86 | | |
| | | 109 | | 155/82 | | |

### IV

| TIME | SOL | SITE | GAUGE | RATE | MEDICATION ALLERGIES |
|---|---|---|---|---|---|
| | | | | | NKA |
| | | | | | MEDICATION GIVEN IN ER |

### ADM

| TIME | ROUTE | RATE | SaO₂ |
|---|---|---|---|
| | | | |

## SOAP NOTATIONS
- SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY)
- OBJECTIVE: (PHYSICAL EVALUATION)
- ASSESSMENT: (NURSING DIAGNOSIS)
- PLAN: (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.)

HEALTH RECORD INMATE COPY

### ABBREVIATION CODE
| | | | |
|---|---|---|---|
| Ab - Abrasion | E - Edema |
| Amp - Amputation | F - Closed Susp. Fracture |
| Av - Avulsion | H - Hematoma |
| B - Burn | L - Laceration |
| % - Percent | P - Petechiae |
| CP - Compound Frac. | R - Rash |
| EC - Ecchymosis | S - Scar |
| ENT - Entrance Wound | Ex - Exit Wound |
| SI - Surgical Incision | |

A B

| PRINT NAME | SIGNATURE | | PATIENT DISPOSITION |
|---|---|---|---|
| P. Ballierer | P. Burg | RN/MTA/MD | [ ] RETURN TO CUSTODY |
| | | RN/MTA/MD | [✓] ADMIT TO INFIRMARY HOSPITAL |
| | | RN/MTA/MD | [ ] TRANSPORT TO COMM. HOSPITAL VIA: |
| | | |     [ ] AMBULANCE |
| | | |     [ ] STATE VEHICLE |
| SUPERVISOR REVIEW | | | [ ] RELEASED TO CORONER |

### PATIENT CONDITION ON DISCHARGE
- [✓] STABLE
- [ ] UNSTABLE
- [ ] DECEASED   TIME_____

CDC 7403 (04/03)   EMERGENCY CARE FLOW SHEET

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME  LE | CDC NUMBER  T 97619 | INSTITUTION |
|---|---|---|

| DATE OF BIRTH  03 14 81 | EPRD DATE | GENDER |
|---|---|---|

| PRINCIPLE DIAGNOSIS  Trauma fac x skull ē blurred vision | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S)  Opto consult | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply:*   Diagnostic Procedure/Consultation        Outpatient/Inpatient        Initial/Follow-up

Requested Treatment/Service is:   **(EMERGENT)**        **URGENT**        **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* Trauma face ē skull. Ecchymosis periorbital (L) eye ō Conjunctival hemorrhage and blurred vision - Please check his vision.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME  Paul M Haguelen | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE  Paul Haguelen | DATE  12/5/05 | Utilization management tracking #: |
| DATE OF CONSULTATION  5 Dec 05 | PRINTED NAME OF CONSULTANT | |

FINDINGS: Trauma OS — 20/30+ V4 / Cong heme (large)

RECOMMENDATIONS: RTC for DFE — gave symptoms of RD OS

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: 2 wks

| CONSULTANT SIGNATURE  P Brueilos | DATE  5 Dec 05 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Le  T 97619  DOB: 3/14/81 |
| PCP SIGNATURE | DATE | |

HEALTH RECORD
INMATE COPY

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

| DATE | TIME | |
|------|------|---|
| 9/29/05 | 1300 | Inmate in Shower not seen will be reducated 9/30/05. ———— Elliot |
| 12/3/05 | 1615 | Saw I/M in ER for head trauma. I/M states he was bitten by CO in C yard clinic office. |

VS stable, Afebrile lucid & oriented. No vomiting.
Physical examination showed:

    ① big hematoma on L top parieto occipital aspect.
    ② hematoma on R temporal area
    ③ Rhinorrhagy
    ④ Conjunctival hemorrhage Ⓛ ( small erchymon on medial side)

Nose : bleeding from L nostril. Some small cut on
    nasal septum mucosa of L nostril
    Bleeding stopped.

Ear : No otorrhagy in both ears. Vision : Ⓝ
Heart : Palpitation being BP 150/88 and 135/88 right now
    Lung clear to auscultation
Abdomen : soft, no mass, no bruise
Extremities : unremarkable
Head contusion.
Admit s/lee in OHU for head trauma observation

INSTITUTION: Colipatria    HOUSING UNIT: C5-236

HEALTH RECORD
INMATE COPY

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
T97619

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

DEPARTMENT OF CORRECTIONS                                                    STATE OF CALIFORNIA

# OPTOMETRY CLINIC

EYE COMPLAINT

Trauma L eye - fist                                                    Age: 24

No flashes / floaters

| PRESENT CORRECTION | | VISION WITHOUT CORRECTION | DATE OF CORRECTION | | | | |
|---|---|---|---|---|---|---|---|
| | | | SPHERE | CYLINDER | AXIS | PRISM | VISION |
| | FAR | R.E. 20 — | | | | | |
| | FAR | L.E. 30 + | | | | | |
| | NEAR | R.E. | | | | | |
| | NEAR | L.E. | | | | | |

| PRESCRIBED CORRECTION | | SPHERE | DATE OF CORRECTION | | | | RETINOSCOPY (DATE) | |
|---|---|---|---|---|---|---|---|---|
| | | | CYLINDER | AXIS | PRISM | VISION | CYCLO | MANIF. |
| | FAR | R.E. | | | | | | |
| | FAR | L.E. | | | | | | |
| | NEAR | R.E. | | | | | | |
| | NEAR | L.E. | | | | | | |

RETINOSCOPY (DATE)
R.E.        L.E.
19 Dec 05
Rj 25 +
2 gtts 05 Paramyd
@ 950
BIO: No tears
or holes
Fundus: Intact
retina
OS

| COLOR VISION: (TEST USED) | TENSION | TACTILE | | SCHIOTZ | |
|---|---|---|---|---|---|
| | R.E. (MM) | | L.E. (MM) | | |

PUPILLARY REACTION                          ASSOCIATED MOVEMENTS

MUSCLE BALANCE                              NPC

EXTERNAL EXAMINATION  #4 / clear A/C + cornea / L conj hemorrhage

MEDIA AND FUNDI (INCLUDING SLIT LAMP STUDY)  Media clear / reflex bright / .3 x 3 cps

DIAGNOSIS                                                              RTC pm

RECOMMENDATION

TREATMENT                                                    RTC 2 wks
                                                             OHC+e

| FRAME SPECIF. | P.D. | BRIDGE | TEMPLE | EYE SIZE | DECENTER | | BIFOCAL SH | BIFOCAL INSET |
|---|---|---|---|---|---|---|---|---|
| | | | | | R.E. | L.E. | | |

SIGNATURE OF EXAMINER   P meisel OD            DATE 5 Dec 05

NAME  Le                                      NUMBER T97619

HOSPITAL  Cal-SP

HEALTH RECORD
INMATE COPY

OPHTHALMOLOGIC EXAMINATION

CDC 7224 (Rev. 9/77)

## NEUROLOGICAL STATUS

**LEVEL OF CONSCIOUSNESS**

- [x] ALERT
- [ ] CONFUSED
- [ ] HISTORY OF SEIZURES
- [ ] ORIENTED
- [ ] SLOW TO RESPOND / COMPREHEND
- [ ] DISORIENTED
- [ ] LETHARGIC

IF PATIENT USES    IF WITH PATIENT

**SENSORY LIMITATIONS**

- [ ] NONE NOTED
- [ ] TOUCH
- [ ] SMELL
- [ ] GLASSES
- [ ] TASTE
- [ ] SPEECH
- [ ] SIGHT — CONTACT LENSES [ ] RIGHT [ ] LEFT
- [ ] HEARING — HEARING AID [ ] RIGHT [ ] LEFT

## RESPIRATORY

- [x] NORMAL LIMITS (RATE)
- [ ] COUGH
- [ ] NASAL FLARING
- [ ] ACCESSORY MUSCLES
- [ ] ABNORMAL BREATH SOUNDS
- [ ] TRACHEOSTOMY
- [ ] DYSPNEA
- [ ] SEASONAL BREATHING DIFFICULTIES
- [ ] SECRETIONS
- [ ] ORTHOPNEA
- [ ] OXYGEN
- [ ] OTHER

## CARDIOVASCULAR

- [x] REGULAR RHYTHM
- [ ] ABNORMAL PULSES
- [ ] JUGULAR VEIN DISTENTION
- [x] RATE WITHIN NORMAL LIMITS
- [ ] APICAL / RADIAL / PEDAL
- [ ] CALF TENDERNESS
- [ ] ABNORMAL HEART SOUNDS
- [ ] PACEMAKER
- [ ] OTHER

## ELIMINATION

**BLADDER**  [x] DENIES PROBLEM

- [ ] NOCTURIA
- [ ] URINARY FREQUENCY _____
- [ ] BURNING
- [ ] CATHETER : _____
- [ ] URGENCY — DATE PLACED _____
- [ ] URINARY INCONTINENCE
- [ ] OTHER

**BOWEL**  [x] DENIES PROBLEM

- USUAL BOWEL PATTERN _____
- LAST BM _____
- [ ] LAXATIVE USE (LIST UNDER MEDICATION)
- [ ] OTHER AIDS _____
- [ ] OSTOMY - TYPE _____

## FUNCTIONAL STATUS (LEVEL OF SELF-CARE)

**MOBILITY LIMITATIONS**  [x] NO LIMITATIONS

**DEVICES TO AID MOBILITY**

IF PATIENT USES    IF WITH PATIENT

- [ ] WALKING
- [ ] STAIRS
- [x] NONE
- [ ] TRANSFER
- [ ] STANDING
- [ ] OTHER — CANE / CRUTCHES / WALKER [ ] [ ]
- [ ] TURNING IN BED
- [ ] GENERALIZED WEAKNESS — ARTIFICIAL LIMBS [ ] R [ ] L [ ] [ ]

**WEAKNESS/PARALYSIS**    BRACE

- [ ] UPPER EXTREMITY [ ] R [ ] L    [ ] LOWER EXTREMITY [ ] R [ ] L

**ASSISTANCE REQUIRED**

- [ ] HYGIENE / GROOMING
- [ ] DRESSING
- [ ] MEALS
- [ ] OTHER

## SKIN

- [ ] NORMAL TURGOR, TEMPERATURE & COLOR
- [ ] INTACT, MOIST MUCOUS MEMBRANES
- [x] EDEMA
- [ ] CYANOTIC
- [ ] DRY
- [ ] FLUSHED
- [ ] DIAPHORETIC
- [ ] PALE
- [ ] JAUNDICED
- [ ] RASH
- [ ] SCALY
- [ ] OTHER

**SKIN ASSESSMENT CODE**

- [ ] NO PROBLEM
- B - BRUISES
- D - DECUBITIS
  - GRADE I II III IV (CIRCLE)
- L - LACERATIONS
- S - SCAR
- R - RASH
- A - ABRASIONS
- BU - BURN

SIGNATURE _____

CDC NUMBER, NAME (LAST, FIRST, MI) _____

RN

FACILITY: Cal    PHYSICIAN: Dr Nguyen    ROOM NO.: #10

**COMMENTS**

Admitted to OHU #10 c̄ DX Head Trauma Observation. Reports he was beaten by custody. Hematoma to [R] Parietal scalp. [R] Parietal. Denies LOC. Abrasion to nasal bridge and [R] nose. Abrasion to [R] scalp. Edema to nose & lower lip c̄ bruising and edema. AO×3. Speech clear and coherent. Steady gait.

HEALTH RECORD INMATE COPY

## ADMISSION ASSESSMENT
CONTINUED FROM REVERSE

CDC 7202 (4/93)

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

| ADMISSION DATE & TIME | PRIMARY LANGUAGE IF NOT ENGLISH | MODE OF TRANSFER | VITAL SIGNS | HEIGHT INCHES | WEIGHT LBS | MEASURED |
|---|---|---|---|---|---|---|

**ADMISSION DATE & TIME:** 12/3/05 1630

**PRIMARY LANGUAGE IF NOT ENGLISH:** ☐ SIGN LANGUAGE

**MODE OF TRANSFER:** ☒ AMBULATORY  ☐ WHEELCHAIR  ☐ GURNEY

**VITAL SIGNS:** PULSE 09  BLOOD PRESSURE 135/82  REPIRATORY 20  TEMP. 97⁸  ☒ STATED  ☐ MEASURED

**HEIGHT INCHES:** 56 ☒ STATED ☐ MEASURED

**WEIGHT LBS:** 122 ☐ STATED ☐ BED

**MEASURED:** ☒ STANDING ☐ CHAIR ☐ BED

**ADMITTING DIAGNOSIS**

**INSTRUCTION OF ROUTINES AND SERVICES TO PATIENT**
☒ NURSE CALL SYSTEM  ☐ HOSPITAL RULES & REGULATIONS  ☐ TELEPHONE  ☒ BATHROOM
☒ BED  ☒ SIDE RAILS  ☐ SMOKING POLICY  ☐ TELEVISION  ☒ PERSONAL PROPERTY

**REASON FOR ADMISSION** (PRIMARY SIGNS / SYMPTOMS, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, PERCEPTION OF ILLNESS / TREATMENT / GOALS)

I don't know

**PRESENT COMFORT LEVEL** ☐ NO APPARENT DISTRESS

head pain 7/10 rated

**CHRONIC HEALTH PROBLEMS** (INCLUDE HOSPITALIZATIONS)

Denies

**SURGERIES**

Denies

**PSYCHO/SOCIAL COMMENTS:** ☐ ANXIETY  ☐ TERMINAL DIAGNOSIS  ☐ FAMILY PROBLEM  ☐ SUICIDE THREAT  ☐ ANGER  ☐ WITHDRAWN  ☐ HISTORY OF MENTAL ILLNESS

Calm / Cooperative

**ALLERGIES**
☒ NONE  ☐ MEDICATION

**CURRENT MEDICATION** (PRESCRIBED / NON-PRESCRIBED)

| MEDICATION | DOSAGE | FREQUENCY | LAST DOSE | MEDICATION | DOSAGE | FREQUENCY | LAST DOSE |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**NUTRITION**
☒ DENIES PROBLEM  ☐ POOR APPETITE  ☐ DIFFICULTY CHEWING  ☐ DIFFICULTY SWALLOWING

**DENTURES:** ☐ NO  ☐ YES  ☐ PARTIAL

**RECENT DIETARY RESTRICTIONS**

**PERSONAL HABITS** | **TYPE / AMOUNT PER DAY**
☐ CAFFEINE BEVERAGES — ☒ DENIES USE
☐ ALCOHOL / DRUGS
☐ TOBACCO

**FOOD INTOLERANCE**

HEALTH RECORD INMATE COPY

**FACILITY:** Cal

**PHYSICIAN:** Nguyen

**ROOM NO.:** #10

**CDC NUMBER, NAME (LAST, FIRST, MI):** T97619 Le,

ASU-1344

## ADMISSION ASSESSMENT
CONTINUED ON REVERSE

CDC 7202 (4/93)

CODE II ___X___

CODE III _____

*INCIDENT*

# CALIPATRIA STATE PRISON
# FIRE DEPARTMENT
# EMERGENCY MEDICAL TECHNICIANS FIELD REPORT

| RUN # | DATE | CALL REC'D | ENROUTE | ARV. SCN | DPT. SCN | ARV. DEST | READY |
|-------|------|------------|---------|----------|----------|-----------|-------|
|       | 12.3.05 | 15:15 | 15:16 | 15:18 | 15:20 | 15:22 | |

| NAME, LAST | FIRST | MI | CDC# | CELL # | LOCATION | AGE | DOB |
|------------|-------|-----|------|--------|----------|-----|-----|
| LE | | | T97617 | C5 2K | C - MTA | 24 | 3-14-8 |

| (M)/F | WEIGHT | HEIGHT | | | |
|-------|--------|--------|--|--|--|
| | 140 | 5-6 | | | |

R/P:

CENT. CONT.               TELEPHONE ( )    RADIO (X)    OTHER ( )

CHIEF COMPLAINT:

BLEEDING FROM NOSE

STATUS:    STABLE _X_    MILD ____    MODERATE ____    ACUTE ____    CARDIAC ARREST ____    DOA ____

| MENTAL STATE | SPEECH | SKIN COLOR | SKIN MOISTURE | SKIN TEMP | PUPILS |
|--------------|--------|------------|---------------|-----------|--------|
| X CONSCIOUS | X COHERENT | X NORMAL | X NORMAL | X NORMAL | X PERL |
| _ ALERT | _ INCOHERENT | _ PALE/ASHEN | _ DRY | _ HOT | _ PINPOINT |
| _ LETHARGIC | _ SILENT | _ CYANOTIC | _ MOIST | _ COLD | _ SLUGGISH |
| _ CONFUSED | _ HYSTERICAL | _ FLUSHED | _ CLAMMY | _ WARM | _ UNEQUAL |
| _ UNCONSCIOUS | _ SLURRED | _ LIVIDITY | | _ COOL | _ DILATED |
| _ PREVIOUSLY | | | | | _ RESPOND |

UNCONSCIOUS? _____ HOW LONG? _____ LUNG SOUNDS _____ ABDOMEN _____

NEURO CHECK _____

MEDICAL HX. NO _____

MEDICATIONS NO _____    ALLERGIES NO _____

| TIME | PULSE | RESP | B/P | ILLNESS | | INCIDENT TIME |
|------|-------|------|-----|---------|--|------|

**HEALTH RECORD INMATE COPY**

ILLNESS:
( ) CARDIOVASCULAR
( ) RESPIRATORY
( ) NEURO/PSYCH
( ) GI/GU
( ) SEIZURE
( ) EXPOSURE
( ) POISON/ALLERGY
( ) SUBSTANCE ABUSE
( ) SHOCK
( ) DIABETIC
( ) OTHER ILLNESS

( ) AUTO/TRUCK
( ) INDUSTRIAL
( ) GUN SHOT
( ) STABBING
( ) SEXUAL ASSAULT
(X) OTHER ASSAULT
( ) FALL GREATER THAN 15 FT.
( ) OTHER FALL
( ) BURNS
( ) SUICIDE

( ) BITES-STINGS
( ) OTHER INJURY

( ) MLT CASUALTY
TOTAL VIS _____
DISASTER Y ___ N ___
# RED TAG _____
# YELLOW TAG ____
# GREEN TAG ____
# BLACK TAG ____

FIRE DEPT. SIGN _J. Weitzen_

NOTES
INMATE FIREFIGHTERS & CDC #'S J. WEITZEN

HESLIN T91062 CLEM P07374

# EXHIBIT

A — E
LETTER TO APPEAL COORDINATOR AND WARDEN
AND INMATE REQUEST FORM REGARDING THE APPEAL.

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LE, T97619                                    Date: November 1, 2006
Current Housing: ASU 00000000134U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CAL-S-06-02587

ASSIGNED STAFF REVIEWER: AW C/D
APPEAL ISSUE: STAFF COMPLAINTS
DUE DATE: 11/29/2006

Inmate LE, this acts as a notice to you that your appeal has been sent to the above staff
for FIRST level response. If you have any questions, contact the above staff member. If
dissatisfied, you have 15 days from the receipt of the response to forward your appeal for
SECOND level review.

Appeals Staff
Appeals Coordinator

RECEIVED CAL APPEALS  JAN 0 4 2007

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. ✓  CAL    S  0602587    _____

2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| LE | T 97619 | N/A | ASU 134 |

A. Describe Problem: THIS IS A 5th CITIZEN'S COMPLAINT AND IS A DUPLICATE TO REPLACE THE CDC-602's WHICH WAS BEING SUBMITTED ON 12.13.05 AND SHOULD BE DISCARDED IF THE ORIGINAL CDC.602 IS STILL BEING PROCESSED. THIS APPEAL REGARDING THE BEATING AND ABUSE I RECEIVED AT THE HAND OF SEVERAL CORRECTIONAL GUARDS UNDER THE COLOR OF AUTHORITY WHILE I WAS IN HANDCUFF. THEN THE SAME STAFF WITH OTHER FILED A FALSIFIED REPORTS TO COVER UP. ON 12.08.05 WHILE STANDING INSIDE FACILITY "C" CLINIC IN FRONT OF THE DOOR IN HANDCUFF WAITING TO BE ESCORT BACK TO HOUSING UNIT "C5-216" BY C/O RESLER (BADGE # 67655) AND C/O RAMIREZ (BADGE # 58852) C/O RESLER PUSHED ME FROM

If you need more space, attach one additional sheet.                    CONTINUED NEXT PAGE ⟹

B. Action Requested: (1) THAT INTERNAL AFFAIRS INVESTIGATE THIS BEATING UNDER THE COLOR OF AUTHORITY, THE FALSIFIED REPORT TO COVER IT UP AND I'LL BE GIVEN A LIE DETECTOR TEST. (2) SGT. GRADY, C/O RESLER AND OTHERS BE REFERRED TO THE STATE PERSONNEL BOARD FOR ADVERSE ACTION. (3) COMPENSATORY AND PUNITIVE DAMAGES ACCORDING TO PROOF.

Inmate/Parolee Signature: _____ Pho Le _____    Date Submitted: 12.03.05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

INMATE APPEAL BRANCH  JAN 25 2007  RECEIVED  A2-3

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number: _____
Board of Control form BC-1E, Inmate Claim

CAL    S  0602587

CAL ~~S 0602587~~ [illegible]

First Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: NOV 0 1 2006 Due Date: 11/29/06

Interviewed by: ______

Staff Signature: [signature] S.P. MCLINN Title: [illegible] Date Completed: 11-3-06

Division Head Approved: Returned

Signature: [signature] G. CHAVARRIA Title: Facility Captain Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

See attached Letter - - -

Signature: [signature] T 97619 Date Submitted: JAN 22, 2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

RECEIVED CAL APPEALS  OCT 1 7 2006

CAL    S 0602587

RECEIVED CAL APPEALS JAN 0 4 2007

A. DESCRIBE PROBLEM. CONT.

____ BEHIND CAUSING MY BODY AND FACE TO SLAM AGAINST THE GLASS PART OF THE DOOR WHEN I TURNED AROUND C/O RESLER STRUCK ME IN THE FACE WITH A CLENCH FIST. AT THE SAME TIME SGT. GRADY (BADGE # 46960) CAME BEHIND ME AND USING A CHOKE HOLD DRAGGED ME INSIDE THE HOLDING TANK, ONCE INSIDE THE HOLDING TANK, C/O RESLER CONTINUED TO STRIKE ME NUMEROUS TIME IN THE FACIAL AREA AND ON BOTH SIDE OF MY RIBS WITH CLENCH FISTS, WHILE SGT. GRADY HELD ME IN PLACE FROM BEHIND WITH A CHOKE HOLD. THEN AFTER C/O RESLER FINISHED BEATING ME, SGT. GRADY SLAMMED MY HEAD AGAINST THE WALL. AT THIS POINT C/O RESLER LEFT THE CLINIC, AND I WAS PLACED IN A SMALL HOLDING CAGE INSIDE THE CLINIC. C/O ALVARADO (BADGE # 62226B) AND M.T.A. RODRIGUEZ (BADGE # 68883) WALKED INTO THE CLINIC. C/O ALVARAD PROCEEDED TO CLEAN UP MY BLOOD IN THE HOLDING TANK AND M.T.A. RODRIGUEZ EVAWATE ME. I WAS THEN TRANSPORTED BY AMBULANCE TO THE CENTRAL INFIRMARY WHERE I WAS TREATED AND HELD FOR SEVERAL DAYS BEFORE BEING PLACED IN AD-SEG AND CHARGE WITH BATTERY ON STAFF.

INMATE. THO LE
         T 97619
         ASU-134
         P.O. BOX 5002
         CALIPATRIA, CA 92233

RECEIVED CAL APPEALS JAN 0 4 2007

JAN 02, 2007

TO: APPEAL COORDINATOR:

        I AM SUBMITTING THIS LETTER BECAUSE MY CDC 602 REGARDING STAFF MISCON-
DUCT HAD BEEN SCREENED OUT ON DECEMBER 06, 2006 AND I RECEIVED IT IN THE
MAIL ON DECEMBER 14, 2006. THE REASON WAS BECAUSE IT WAS NOT FILED IN A
TIMELY FASHION. THIS SCREENED OUT DID NOT TAKE INTO CONSIDERATION OF AN OBJEC-
TIVE FACTOR THAT IS EXTERNAL AND BEYOND MY CONTROL, WHICH OBSTRUCTED ME FROM
SUBMITTING THE 602 IN A TIMELY MANNER. I WOULD LIKE YOU TO RECONSIDER THIS
DECISION AND ALLOW ME AN OPPORTUNITY TO PURSUE THE APPEAL FURTHER.

        AS I HAD DESCRIBED IN PART A OF THE 602 THAT THIS IS THE 5TH DUPLICATE
CITIZEN COMPLAINT WHICH BEING SUBMITTED TO REPLACE THE PREVIOUS CITIZEN COMPLAINT,
WHICH DID NOT REACH THE APPEAL OFFICE FOR PROCESSING, IT SHOULD BE TREATED AS
THE ORIGINAL CITIZEN COMPLAINT.

        ON THE DAY OF THE INCIDENT, DEC. 03, 2005, I'VE MADE A COMPLAINT AND
REPORTED THE USE OF EXCESSIVE FORCE BY STAFF THROUGH A VIDEO TAPED INTERVIEW, CON-
DUCTED BY LT. GONZALES, AT THE INFIRMARY (SEE INCIDENT REPORT. PG. 3) AFTERWARD, ON
DEC. 13, 2005 I PREPARED AND SUBMITTED A TIMELY 602 CONCERNING STAFF MISCONDUCT,
WHICH WAS MY 1st 602, SENT VIA INSTITUTIONAL MAIL TO THE APPEAL OFFICE FOR PROCESSING.
I NEVER GOT A CONFIRMATION. HAVING RECEIVED NO RESPOND TO MY 602, I THEN RE-
SUBMITTED 3 MORE SETS OF DUPLICATE 602, ON THE SAME ISSUE, AND SENT VIA INSTITU
-TIONAL MAIL TO THE APPEAL OFFICE ON FEBRUARY 09, APRIL 12 AND JUNE 29, 2006,
BUT HEARD NOTHING BACK. SINCE I HAD NOT RECEIVED A RESPOND, I THEN SENT AN
INMATE "REQUEST FOR INTERVIEW" FORM TO THE WARDEN AND TO THE APPEAL COOR-
DINATOR RELATING MY ATTEMPTS TO FILE A 602 AND INQUIRING WHETHER IT WAS
RECEIVED. A RESPONSE FROM THE WARDEN AND THE APPEAL COORDINATOR TWO MONTHS
LATER STATED THAT MY 602 HAD NOT BEEN RECEIVED. (SEE EXHIBIT A, EXHIBIT B1-2)

        ALSO, I'VE MADE AN ATTEMPT BY SENDING THE 602 VIA CONFIDENTIAL LEGAL
MAIL TO THE INMATE APPEAL BRANCH FOR REVIEW BUT IT WAS RETURNED BECAUSE I
MUST COMPLETED THROUGH SECOND LEVEL OF REVIEW (SEE EXHIBIT C1-2).

RECEIVED CAL APPEALS JAN 0 ; 2007

BECAUSE ALL OF THE AFOREMENTIONED APPEALS WERE SENT OUT AT DIFFERENT PERIOD OF TIME AND NONE OF THESE APPEALS REACHED THE APPEAL OFFICE FOR PROCESS-ING. THE ONLY LOGICAL CONCLUSION IS THAT IT HAD NEVER MADE IT OUT OF AD-SEG UNIT TO THE MAIL ROOM, EXCEPT THE ONE THAT WAS SENT OUT BY CONFIDENTIAL LEGAL MAIL, AND THAT MY 602 CONCERNING STAFF MISCONDUCT HAD BEEN INTERCEPTED AND DESTROYED BY STAFF SOLELY TO PREVENT IT FROM BEING INVESTIGATED.

WHEN IT APPEARED THAT ALL MY APPEALS WERE BEING FLAGGED AND DISCARDED FROM GOING OUT OF AD-SEG, I'VE VERBALLY INFORMED I.C.C. COMMITTEE STAFF ON AUGUST 31, 2006 ABOUT THIS PROBLEM WITH MY APPEALS. BECAUSE SUCH UNLAWFUL INTERFERENCES HAD PREVENTED AND DELAYED ME FROM FILING THE APPEAL TIMELY, AND INFRINGED UPON THE RIGHT TO APPEAL. SUCH A PROBLEM MUST BE RECTIFIED SO THAT I HAVE AN OPPORTUNITY TO FILE THE APPEAL PROPERLY AND UNOBSTRUCTEDLY. I WAS ADVISED TO CONTINUE MY EFFORTS AND SHOULD FORWARD A NEW APPEAL TO THE APPEAL COORDINATOR FOR REVIEW AS THEY WOULD LOOK INTO THIS MATTER. ON OCTOBER 12, 2006 I FILED ANOTHER COPY OF THE APPEAL, WHICH IS MY FIFTH DUPLICATE APPEAL, ALONG WITH A WRITTEN REQUEST FORM TO COUNSELOR CRIMAN ASKING OF HIS ASSIS-TANCE TO SEND MY APPEAL TO THE APPEAL OFFICE. THIS APPEAL WAS THE ONLY CDC-602 THAT REACHED THE INMATE APPEAL OFFICE (SEE EXHIBIT D1-2)

NOW, THAT MY APPEAL WAS FINALLY FILED, IT SHOULD NOT BE DENIED AS UN-TIMELY FOR IT SHOULD BE DEEMED FILED ON DEC. 13, 2005 AT THE TIME I HANDED IT OVER TO THE C/O FOR FORWARDING TO THE APPEAL OFFICE. AND WHETHER OR NOT THE APPEAL WAS ACTUALLY PLACED IN THE MAIL, DELIVERED TO THE APPEAL OFFICE OR FILED ONCE IT ARRIVED THERE, WERE ALL MATTER BEYOND MY CONTROL. HOW AM I SUPPOSED TO KNOW IF MY APPEAL WAS DELIVERED WHEN I COULD NOT TAKE THE STEP TO MONITOR THE PROCESS OF THE APPEAL AND TO ENSURE THAT IT WAS RECEIVED AND PROCESSED WITHIN THE TIME LIMITS, OTHER THAN WAITED FOR A RESPONSE FROM THE APPEAL OFFICE. MY CONTROL OVER THE APPEAL CEASED WHEN IT WAS PICKED UP BY THE C/O FOR SENDING TO THE APPEAL OFFICE.

IN ADDITION, I AM ENTITLED TO THE PRISON MAILBOX RULE UNDER HUIZAR

RECEIVED CAL APPEALS JAN 0 4 2007

V. CAREY ( 9TH CIR 2001 ) 273 F3d 1220, WHICH STATED " A PRISONER WHO DELIVERS A DOCUMENT TO PRISON OFFICIALS ☞ FOR MAILING GET THE BENEFIT OF THE PRISON MAILBOX RULE, SO LONG AS HE DILIGENTLY FOLLOWS UP WHEN HE HAS FAILED TO RECEIVE A RESPONSE THIS RULE APPLIES EVEN IF THE DOCUMENT DOES NOT REACH THE DESTINATION AT ALL ".

  I WAS REASONABLY DILIGENT TO GET THE APPEAL IN PROCESSED. HAVING RE-CEIVED NO RESPONSE TO MY APPEAL, I THEN RESUBMITTED 3 MORE SETS OF THE APPEAL AND SENT VIA INSTITUTIONAL MAIL OVER DIFFERENT PERIOD OF TIME, BUT STILL RECEIVED NO SINGLE REPLY AFTER NUMEROUS ATTEMPTS. AFTER NOTIFIED THE I.C.C. COMMITTEE STAFF ABOUT THE PROBLEMS, I THEN SENT ANOTHER COPY OF THE APPEAL TAKING EXTRA STEP TO MAKE SURE IT ARRIVED BY ASKING THE COUNSELOR TO SEND IT TO THE APPEAL OFFICE. ONLY AFTER IT WAS PERSONALLY DELIVERED, MY 5TH DUPLICATE APPEAL, DID THE APPEAL GOT PROCESSED.

  FOR ALL REASONS SET FORTH ABOVE, I ASK THAT YOU PROCESS MY APPEAL.

EXHIBIT A.   SUBMITTED MAY 19, 2006 — RECEIVED JUNE, 2006
EXHIBIT B.   SUBMITTED JULY 09, 2006 — RECEIVED SEPTEMBER 8, 2006
EXHIBIT C.   SUBMITTED AUGUST 20, 2006 — RETURNED OCTOBER, 2006
EXHIBIT D.   SUBMITTED OCTOBER 12, 2006 — RECEIVED OCTOBER 16, 2006
EXHIBIT E.   SUBMITTED NOVEMBER 29, 2006 — RETURNED DECEMBER 13, 2006

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
Calipatria State Prison
P.O. Box 5001
Calipatria **RECEIVED CAL APPEALS JAN 0 4 2007**



JUN 2 3 2006

Mr. Le, T-97619
Calipatria State Prison
P.O. Box 5001
Calipatria, CA. 92233

Dear Mr. Le:

This memorandum is in response to your correspondence dated May 22, 2006. In your correspondence you allege on December 03, 2005, several unidentified Correctional Officers physically abused you while you were placed in mechanical restraints. You allege as a result of the abuse you were rehoused in the Central Infirmary for several days for needed medical care. You state on December 13, 2005, you submitted a CDC-602 Inmate/Parolee Form Appeal form pertaining to the abuse you received on December 03, 2005, to the Calipatria State Prison (CAL) Inmate Appeals Office (IAO) for processing. However, you never received an appeal Log # for the appeal you submitted in reference to your abuse. You are requesting that you be notified of the status of your appeal.

Based upon your allegations contained in your correspondence, a copy of your correspondence was forward to the CAL IAO in order to determine if your appeal had any merit.

Upon review of the CAL IAO case records, it is noted the aforementioned appeal was never received in the IAO. In accordance with the California Department of Corrections and Rehabilitation Departmental Operations Manual, Section 54100.25.1, an inmate/parolee wishing to file a citizen's complaint shall utilize the existing departmental appeal procedure. It is noted in the California Code of Regulations, Section 3084.6(c), an inmate or parolee must submit the appeal within 15 working days of the event or decision being appealed or of receiving an unacceptable lower level appeal decision.

Mr. Le, based upon your correspondence it appears that you may have violated time constraints in the matter; however, it is suggested that you forward a new appeal in reference to your allegations, and forward your appeal to the IAO for review. Upon receipt of your appeal it will be determined if your appeal will be processed or screened out.

T. Le, T97619
Page 2

Should you have any concerns regarding the Inmate Appeals process you may contact your assigned Correctional Counselor or the staff of the CAL Inmate Appeal's Office via institutional mail.

Sincerely,

L.E. SCRIBNER
Warden
Calipatria State Prison

RECEIVED CAL APPEALS   JUL 1 2 2006

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO D.W. BELL | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 7-09-06 | APPEALS COORDIATOR | LE | T-97619 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| A S U | 134 | | FROM          TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM          TO

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I AM RESPECTFULLY SUBMITTING THIS REQUEST REGARDING A 602 I/M APPEAL FORM I SENT

VIA INSTITUTIONAL MAIL ON DEC 13, 05 IN RE: TO THE ABUSE I RECEIVED ON DEC 3 '05

AT THE HANDS OF SEVERAL CORRECTIONAL OFFICERS WHILE HANDCUFFED. AS A RESULT OF

THE ABUSE I HAD TO BE PLACED IN THE CENTRAL INFIRMARY FOR SEVERAL DAYS FOR

INTERVIEWED BY                          Do NOT write below this line. If more space is required, write on back.

There is not an appeal on file

DATE 7/8/06

DISPOSITION

P Edwards
CCII SP

RECEIVED CAL APPEALS JAN 0 4 2007

NEEDED MEDICAL CARE . I HAVE YET TO RECEIVE ANY RESPOND NOR AN APPEAL LOG #
FOR THE APPEAL IN WHICH I SUBMITTID . CAN YOU PLEASE LET ME KNOW THE STATUS
QUO OF MY APPEAL . AND IF BY CHANCE , THERES NO RECORD OF IT , WHATS THE
PROCEDURE ON SUBMITTING ANOTHER ? ANY HELP OR ADVICE YOU MAY PROVIDE IN
THIS MATTER IS GREATLY APPRECIATED . THANK YOU FOR YOUR TIME , PATIENCE AND
     UNDERSTANDING .

                                             Sincerely
                                             _____
                                             i/M  LE # T-9761

                         rec, 9/15/06

                                        ASU - 134u
                                        LE  T-9761

RECEIVED CAL APPEALS JAN 0 4 2007

8/20/06

TO CHIEF, INMATE APPEAL :

I AM SENDING THE ENCLOSED CDC - 602 TO THIS ADDRESS BECAUSE THE SAME DO PREVIOUS CDC - 602'S SENT VIA INSTITITIONAL MAIL DIDN'T NOT MAKE OUT OF A.S.U TO REACH THE APPEAL COORDINATOR FOR LOG NUMBER AND PROCESSING.

I APPOLOGIZE FOR ANY INCONVENIENCE.

SINCERLY,

*Thole*

INMATE : THO, LE

RECEIVED CAL APPEALS JAN 0 4 2007

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 16, 2006

LE, CDC #T-97619
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

Re:

Dear Mr. LE:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals. The form must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator. This appeal issue should be submitted directly to the Appeals Coordinator for review and appropriate action.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

---

**\*\*\*\*PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE\*\*\*\***

RECEIVED CAL APPEALS JAN 0 4 2007

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|---|
| 10-12-06 | COUNSELOR CRIMAN | | LE | T 97619 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| ASU | 134 | N/A | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I AM SUBMITTING THIS REQUEST BECAUSE I AM HAVING A PROBLEM SENDING A INMATE'S COMPLAINT OUT OF A.S.U TO THE APPEAL OFFICE. I HAD SENT SEVERAL CDC-602 TO THE APPEAL OFFICE AT DIFFERENT PERIOD OF TIME AND IT APPEARS ALL OF MY CDC-602 WERE LOST. FOR THIS

Do NOT write below this line. If more space is required write on back.

| INTERVIEWED BY | DATE |
|---|---|
| J Criman CC-II | 10/16/06 |

DISPOSITION

I put your 602's in the appeals box in the Wardens Office

RECEIVED CAL APPEALS JAN 0 4 2007

REASON, I WANT TO ASK OF YOU IF YOU COULD ASSIST ME AND SEND MY CDC-602 TO THE APPEAL COORDINATOR SO MY APPEAL CAN BE IN PROCESS. THANK YOU FOR YOUR TIME AND UNDERSTANDING IN THIS MATTER.

SINCERELY

Thole

RECEIVED CAL APPEALS JAN 0 4 2007

| STATE OF CALIFORNIA<br>GA-22 (9/92) | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|

| DATE<br>11-29-06 | TO<br>APPEAL COORDINATOR | FROM (LAST NAME)<br>LE | CDC NUMBER<br>T 97619 |
|---|---|---|---|

| HOUSING<br>ASU | BED NUMBER<br>134 | WORK ASSIGNMENT<br>N/A | JOB NUMBER<br>FROM _____ TO ____ |
|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY ETC.) | ASSIGNMENT HOURS<br>FROM _____ TO |
|---|---|

### Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I AM SUBMITTING THIS INMATE REQUEST FORM BECAUSE I HAVE NOT RECEIVED ANY RESPONSE TO MY CDC-602'S REGARDING STAFF MISCONDUCT. THE APPEAL LOG NUMBER IS: CAL-S-06-02587 AND WAS DUE ON 11.29.06. PLEASE FORWARD MY APPEAL TO ME AS SOON AS POSSIBLE.

Do NOT write below this line. If more space is required, write on back

| INTERVIEWED BY | DATE 12/12/06 |
|---|---|

DISPOSITION  See attached. C. Estabot

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

**AUG - 4 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILING FEE PAID**
Yes _____

**IFP MOTION FILED**
Yes ✓   No _____

**COPIES** _____

Court ✓   ProSe _____

**I (a) PLAINTIFFS**

Tho Trong Le

**DEFENDANTS**

Resler, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Tho Trong Le
PO Box 5104
Delano, CA 93216
T-97619

**ATTORNEYS (IF KNOWN)**

'08 CV 1417 BEN NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   8/4/2008

SIGNATURE OF ATTORNEY OF RECORD

CR