MR. THO TRONG LE
PLAINTIFF/PETITIONER/MOVANT'S NAME
T-97619
PRISON NUMBER

KERN VALLEY STATE PRISON
PLACE OF CONFINEMENT

P.O. BOX 51047 DELANO, CALIFORNIA. 93216
ADDRESS



2254 ✓  1983 ✓
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

THO TRONG LE _____,
        Plaintiff/Petitioner/Movant

v.

WARDEN, HEDGEPETH _____,
        Defendant/Respondent

Civil No. '08 CV 1417 BEN NLS
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, THO TRONG LE, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  KERN VALLEY STATE PRISON/ DELANO, CALIFORNIA.
   Are you employed at the institution?  ☒ Yes  ☐ No
   Do you receive any payment from the institution?  ☒ Yes  ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)　　　　　　　　　　　　　　　　　　　　　　　K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. I EARN ¢.13 PER HOUR AND I WORK 6.5 HOURS A DAY AT FIVE DAYS A WEEK, BARRING INSTITUTION LOCK DOWNS. I EARN APPROXIMATELY $20.00 A MONTH. PETITIONER IS EMPLOYED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, AT KERN VALLEY STATE PRISON, P.O. BOX 5104, DELANO, CA.
   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. N/A

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: N/A   Year: N/A   Model: N/A
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? N/A

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____ N/A _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ N/A _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____ N/A _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. PETITIONER'S DAY TO DAY EXPENSES COMES FROM THE ¢13 PAY NUMBER THAT HE RECEIVES HERE AT KERN VALLEY STATE PRISON. WHILE ROOM & BOARD AND MEALS ARE PROVIDED BY THE STATE, PETITIONER'S ¢13 is spent on monthly hygein.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

X _____ JULY 29, 2008 _____          X _____ [signature] _____
          DATE                                    SIGNATURE OF APPLICANT

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __LE, T  CDCR # T 97619__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__July 29, 2008__                                                __/s/__
DATE                                                                        SIGNATURE OF PRISONER

FROM : LIBRARY    FAX NO. : 7204931    Aug. 28 2006 12:52PM P1

Kern Valley State Prison
Facility D, Building 4

_THO TRONG LE_
Petitioner

_HEDGEPETH (WARDEN)_
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _THO TRONG LE_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes  ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _20.00 per month, KERN VALLEY STATE PRISON P.O. BOX 5104 DELANO CA 93216_

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?               ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?     ☐ Yes  ☒ No
    d. Gifts or inheritances?                              ☐ Yes  ☒ No
    e. Any other sources?                                  ☐ Yes  ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_
    ☐ Yes  ☒ No
    If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____ NONE _____

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  7-17-2008     _____/s/ [signature]_____
                Date                      Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____0_____ on account to his credit at the __Kern Valley State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____n/a_____

_____

__7/28/08__                    __V. Scruggs__ [signature]
    Date                         Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                          REPORT DATE: 07/23/08
                                                 PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 23, 2008

ACCOUNT NUMBER : T97619              BED/CELL NUMBER: FDB400000000204L
ACCOUNT NAME   : LE, THO TRONG       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE
----- ----  -------------- --------- --------- ----------- ----------- ---------

01/01/2008  BEGINNING BALANCE                                             45.00

01/07*VD54  INMATE PAYROL 1019DEC246              12.15                   57.15
01/08 FC04  DRAW-FAC 4    1029/FD1D                            57.15       0.00
01/31 FR01  CANTEEN RETUR 701186                                9.15-      9.15
02/06*VD54  INMATE PAYROL 1209JAN121               9.00                   18.15
02/07 FC04  DRAW-FAC 4    1224/FD1D                            18.15       0.00
02/15*DD30  CASH DEPOSIT  1276/MR                 83.36                   83.36
03/06 D554  INMATE PAYROL 1400FEB133              20.00                  103.36
03/06 FC04  DRAW-FAC 4    1406/FD1D                           103.36       0.00
03/28 FR01  CANTEEN RETUR 701553                               39.41-     39.41
04/04 D554  INMATE PAYROL 1580MAR128              20.00                   59.41
04/07 FC04  DRAW-FAC 4    1587/FD1D                            59.41       0.00
04/30 FR01  CANTEEN RETUR 701731                               25.61-     25.61
05/06 D554  INMATE PAYROL 1782APR209              22.88                   48.49
05/13 FC04  DRAW-FAC 4    1838/FD2D                            48.49       0.00
06/05 D554  INMATE PAYROL 1970MAY166              20.00                   20.00
06/09 FC04  DRAW-FAC 4    1982/FD123                           20.00       0.00
06/18 D300  CASH DEPOSIT  2065/MR                100.00                  100.00
07/08 D554  INMATE PAYROL 0037/JUN71              20.00                  120.00
07/09 FC04  DRAW-FAC 4    0047/FD1D                           120.00       0.00


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/13/03             CASE NUMBER: 01WF2395
COUNTY CODE: ORA                     FINE AMOUNT: $  1,000.00

   DATE      TRANS.   DESCRIPTION                  TRANS. AMT.   BALANCE
 --------   -------   ---------------------------  -----------   --------

01/01/2008  BEGINNING BALANCE                                      38.63

01/07/08    VR54     RESTITUTION DEDUCTION-SUPPORT    13.50-       25.13
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
      TRUST OFFICE

amved
9/6/07

```
REPORT ID: TS3030  .701                          REPORT DATE: 07/23/08
                                                 PAGE NO:       2
                         KERN VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 23, 2008

ACCT: T97619        ACCT NAME: LE, THO TRONG          ACCT TYPE: I


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/13/03                  CASE NUMBER: 01WF2395
COUNTY CODE: ORA                          FINE AMOUNT: $   1,000.00

  DATE     TRANS.   DESCRIPTION                 TRANS. AMT.     BALANCE
--------   ------   -----------------------     -----------     -------

02/06/08   VR54     RESTITUTION DEDUCTION-SUPPORT    10.00-      15.13
02/15/08   DR30     REST DED-CASH DEPOSIT            15.13-       0.00

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
----------  ----------  -----------  -----------  ----------  --------------

    45.00      307.39       352.39         0.00        0.00          0.00


                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                   -----------
                                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

BY _____
TRUST OFFICE