DEAR MR. HAMRICK, JR,                                              AUGUST 24, 2008.

FILED
2008 AUG 26 PM 3:01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
    RM

MY GREETING TO YOU. MY NAME IS THO TRONG LE, A PLAINTIFF IN A CIVIL CASE: 08CV1417 BENNLS. I'D JUST RECEIVED THE COMPLAINT AND SUMMONS PACKAGE AND U.S. MARSHALS SERVICE FORMS, TODAY AGUST 22, 2008, AT CALIPATRIA STATE PRISON.

AND THE PURPOSE OF THIS MISSIVE LETTER IS TO INFORM THIS COURT OF MY CURRENT CHANGE OF ADDRESS. AS OF THIS DAY, I'M NO LONGER INCARCERATED AT KERN VALLEY STATE PRISON, LOCATED IN DELANO, CALIFORNIA.

ON AUGUST 13, 2008, I WAS TRANSFERED TO CALIPATRIA STATE PRISON FOR THE REASON THAT I'M BEING SUBPOENA TO COURT HERE IN THE COUNTY OF IMPERIAL, CALIFORNIA. UPON ARRIVAL I'M BEING HOUSED IN ADMINISTRATIVE SEGREGATION PENDING ADMINISTRATIVE REVIEW OF MY PROGRAM AND HOUSING NEEDS. AS A RESULT OF MY AD-SEG PLACEMENT, I'M NOT ALLOWED TO OBTAIN ANY LEGAL DOCUMENTS NOR MATERIALS FROM MY PROPERTY THEREFORE, WITHOUT INFORMATIONS, I'M UNABLE TO NOTIFY THIS COURT OF THE CURRENT ADDRESS UNTIL NOW.

PLEASE, SEND ALL DOCUMENTS AND CORRESPONDENCE TO ME AT THE NEW ADDRESS GIVEN BELOW. AT THIS TIME I DON'T KNOW HOW LONG THIS PROCESSING WILL TAKE. HOWEVER, I BELIEVE WHEN IT IS DONE I'LL BE RETURNED TO KERN VALLEY STATE PRISON, IN DELANO, CALIFORNIA.

I APPRECIATED YOUR TIME, PATIENCE AND UNDERSTANDING IN THIS MATTER.

THO TRONG LE                                          SINCERELY YOURS,
T 97619
CALIPATRIA STATE PRISON                               Tho Le
P.O. BOX 5004
CALIPATRIA, CA 92233-5004.                            THO TRONG LE.



GENERATED FROM
CALIPATRIA STATE PRISON

THO LE
T 97619
AD.SEG. AS.137
PO BOX 5004
CALIPATRIA, CA 92233

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, ROOM 4290
SAN DIEGO, CA 92101-8900

CONFIDENTIAL LEGAL MAIL