FILED

2009 DEC 28   AM 10: 08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THO TRONG LE,<br><br>                        Plaintiff,<br>vs.<br>M. RESLER, K. GRADY,<br><br>                      Defendants. | CASE NO. 08CV1417 BEN (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

      Plaintiff Tho Trong Le, a state prisoner proceeding pro se and informa pauperis, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On April 24, 2009, Defendants moved to dismiss. Dkt. No. 12. On September 9, 2009, Magistrate Judge Nita L. Stormes issued a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted. Dkt. No. 14. Any objections to the Report and Recommendation were due October 2, 2009. *Id.* Plaintiff has not filed objections or requested an extension of time to do so.[1] For the reasons stated below, the Court adopts the well-reasoned Report and Recommendation of the Magistrate Judge and **GRANTS** Defendants' Motion to Dismiss.

//

//

---

[1] Additionally, the Court notes that Plaintiff never filed any opposition to the motion to dismiss, despite the Magistrate Judge sua sponte granting Plaintiff an extension of time to file an opposition.

1    A district judge "may accept, reject, or modify the recommended disposition" of a Magistrate Judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. §636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), *cert denied*, 540 U.S. 900 (2003) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

    In the absence of any objections, the Court **ADOPTS** in full the Magistrate Judge's Report and Recommendation and **GRANTS** Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: 12/25/09

Hon. Roger T. Benitez
United States District Judge